FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAWRENCE Q.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | NO: 1:18-CV-3053-FVS<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the Defendant's Stipulated Motion to Remand, ECF No. 19. Based on the stipulation of the parties, the Court finds good cause to grant the motion. Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Stipulated Motion to Remand, **ECF No. 19**, is **GRANTED**.

2. This case is **REVERSED** and **REMANDED** for further administrative proceedings including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g).

3. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ), who shall update the medical records, hold a hearing, and issue a new decision.

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 1

4. The ALJ shall also:

- Reevaluate and consider the severity of Plaintiff's hip and mental impairments;
- Reconsider the opinion evidence of record;
- Evaluate Plaintiff's symptoms pursuant to Social Security Ruling (SSR) 16-3p;
- Reevaluate Plaintiff's residual functional capacity pursuant to SSR 96-8p;
- If needed and available, obtain medical and/or vocational expert evidence;
- Reevaluate steps four and five of the sequential evaluation process and consider that evidence pursuant to SSR 00-4p.

5. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

6. Plaintiff's Motion for Summary Judgment (**ECF No. 12**) and the hearing and remaining briefing schedule are **vacated** as moot.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel. Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** October 11, 2018.

                                             *s/ Rosanna Malouf Peterson*
                                            ROSANNA MALOUF PETERSON
                                               United States District Judge